Filed: March 13, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

## BRIEFING ORDER - IMMIGRATION REVIEW

_____

No.   24-1179,   <u>Angel Cifuentes-Mendoza v. Merrick Garland</u>
                  A200-232-921

Briefing shall proceed on the following schedule:

---

JOINT APPENDIX due: 04/22/2024

BRIEF [Opening] due: 04/22/2024

BRIEF [Response] due: 05/22/2024

BRIEF [Reply] (if any) due: Within 21 days of service of response brief.

---

The following rules apply under this schedule:

- Petitioner must create and file a joint appendix rather than adopting the electronic administrative record. The administrative record may be downloaded, a joint appendix cover page added, and Bates page numbering inserted in accordance with the **Fourth Circuit Appendix Pagination & Brief Citation Guide**.
- Citations in the parties' briefs must be to the joint appendix (JA or J.A.) rather than the administrative record. Local Rule 28(g) & 30(b)(4).
- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Fourth Circuit Appendix Pagination & Brief Citation Guide** as to content, format, and copies (available as links from this order and at **www.ca4.uscourts.gov**). FRAP 28, 30 & 32.
- All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs. Local Rules 28(a) & 28(d).
- Motions for extension of time should be filed only in extraordinary

circumstances upon a showing of good cause. Local Rule 31(c).
- If a brief is filed in advance of its due date, the filer may request a corresponding advancement of the due date for the next brief by filing a motion to amend the briefing schedule.
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.
- Failure to file an opening brief within the scheduled time may lead to dismissal of the case and imposition of sanctions against counsel. Local Rules 45 & 46(g).
- Failure to file a response brief may result in waiver of defenses or loss of the right to be heard at argument. FRAP 31(c).
- The court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. Local Rule 34(a).
- If a case is to be scheduled for argument, counsel will receive prior notice from the court.

/s/ NWAMAKA ANOWI, CLERK
By: Rachel Phillips, Deputy Clerk